UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-cv-03584 |
| | § | |
| $20,572.00 IN U.S. CURRENCY, | § | |
| Defendant in rem. | § | |

**AGREED FINAL JUDGMENT**

It is ORDERED that:

1.      $10,286.00 of Defendant in rem is forfeited to the United States pursuant to 31 U.S.C. § 5317(c)(2).  The United States Department of Homeland Security shall legally dispose of these funds;

2.      The United States Department of Homeland Security shall return to Christian Spencer Pangan, Claimant, $10,286.00 of Defendant in rem (less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect) by sending payment to Christian Spencer Pangan, via ACH electronic payment;

3.      The Claimant will hold the United States, including its employees,

agents, and assignees, harmless for any damages or causes of action

relating to this action;

4.    All parties will bear their costs including attorneys' fees; and

5.    Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on _____Jan. 19, 2012_____.

_____
Sim Lake
United States District Judge

Agreed as to form and substance:

_____
Christian Spencer Pangan, Claimant

_____
Joseph Albert Acayan , Esq.
Attorney for Claimant

s/ Albert Ratliff
Albert Ratliff, Assistant U.S. Attorney